| UNITED STATES DISTRICT COURT | | EASTERN DISTRICT OF TEXAS |
|---|---|---|

HOLLIE CLARK, §
§
        Plaintiff, §
§
versus §   CASE NO. 9:11-CV-12
§
WRIGHT BUICK PONTIAC GMC §
d/b/a PAKT, LTD., §
§
        Defendant. §

## ORDER ADOPTING REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

The above-entitled and numbered civil action was referred to United States Magistrate Judge Judith K. Guthrie, who issued a Report and Recommendation concluding that Defendant's Motion to Dismiss, construed as a Motion for Summary Judgment, should be denied as premature, subject to reconsideration after Plaintiff has had a reasonable opportunity to present evidence in response to the motion.

No written objections have been filed. The Court therefore adopts the findings and conclusions of the Magistrate Judge as those of the Court. It is accordingly

**ORDERED** that Defendant's Motion to Dismiss, construed as a Motion for Summary Judgment, is **DENIED** as premature, subject to reconsideration after Plaintiff has had a reasonable opportunity to present evidence in response to the motion.

SIGNED at Beaumont, Texas, this 27th day of June, 2011.

                                                MARCIA A. CRONE
                                                UNITED STATES DISTRICT JUDGE